# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JULIE LEASURE,
f/k/a JULIE SCHLAU,
an individual,

      Plaintiff,

v.

HYUNDAI CAPITAL
AMERICA, INC., d/b/a
KIA MOTORS FINANCE,
a foreign profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

      Defendants.
_____/

Case No.: 8:23-cv-00391

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff and Defendant TRANS UNION LLC, have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2023, I filed a true and correct copy of

the above and foregoing via CM/ECF which will electronically serve all counsel of record.

                                              Respectfully submitted,

                                              **SWIFT LAW PLLC**

                                              */s/  Aaron M. Swift*
                                              **Aaron M. Swift, Esq. FBN 93088**
                                              8380 Bay Pines Blvd.
                                              St. Petersburg, FL 33709
                                              Phone: (727) 490-9919
                                              Fax: (727) 255-5332
                                              aswift@swift-law.com
                                              jmurphy@swift-law.com
                                              *Counsel for Plaintiff*