UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JULIE LEASURE,
f/k/a JULIE SCHLAU,
an individual,

      Plaintiff,

v.

HYUNDAI CAPITAL
AMERICA, INC., d/b/a
KIA MOTORS FINANCE,
a foreign profit corporation,
EQUIFAX INFORMATION
SERVICES LLC,
a foreign limited liability company,
EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation, and
TRANS UNION LLC,
a foreign limited liability company,

      Defendants.
_____/

Case No.: 8:23-cv-00391

## NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that Plaintiff and Defendant EXPERIAN INFORMATION SOLUTIONS, INC., have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 1, 2023, I filed a true and correct copy of

the above and foregoing via CM/ECF which will electronically serve all counsel of record.

                                            Respectfully submitted,

                                            **SWIFT LAW PLLC**

                                            */s/ Aaron M. Swift*
                                            **Aaron M. Swift, Esq. FBN 93088**
                                            8380 Bay Pines Blvd.
                                            St. Petersburg, FL 33709
                                            Phone: (727) 490-9919
                                            Fax: (727) 255-5332
                                            aswift@swift-law.com
                                            jmurphy@swift-law.com
                                            *Counsel for Plaintiff*